IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHAHRAM SHAKOURI, #1558021 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv447 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## **O R D E R**

Petitioner filed a motion for an extension of time to address the timeliness of the filing of his petition for writ of habeas corpus. In light of his circumstances, Petitioner's motion is reasonable. Thus, it is

**ORDERED** that Petitioner's motion for an extension of time (dkt #4) is **GRANTED**, and he has until December 26, 2015, in which to file his response. Petitioner is placed on notice that the § 2254 petition may be dismissed if he fails to timely comply with this order.

**SIGNED this 16th day of December, 2015.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE