# EXHIBITS

Petitioner's Exhibits in support of his Supplemental Writ of Habeas Corpus

Exhibit - 1: Petitioner's Objections to the State's Answer.

Exhibit - 2: The Court of Appeal's memorandum Opinion PP 9 & 10.

Exhibit - 3: Official Notice From Court of Criminal Appeals of Texas.

Exhibit - 4: State's Answer to Petitioner's writ Application.

Exhibit - 5: Deanna tabb's Affidavit.

Exhibit - 6: Curtis Howard's Affidavit.