# EXHIBITS

In support of Petitioner's objections to the States answer.

EXHIBIT - A : Associate Judge Report - 23rd District Court, Tarrant County, Texas.

EXHIBIT - B : Mrs. Abdi's Affidavit[1]

EXHIBIT - C : Recipts from Marriott Hotel

EXHIBIT - D : Mrs. Khavari's Affidavit

EXHIBIT - E : A.M.'s Cell Phone Records

EXHIBIT - F : A.M.'s and Javid's Picture

EXHIBIT - G : Mr. (Fred) Farokh Shakouri's Affidavit

EXHIBIT - H : A.M.'s Picture in persian Time Magazine as Women of the year

EXHIBIT - I : A.M.'s Picture with an unknown boyfriend

---

1. Mrs. Abdi reside in Tehran, Iran and her Affidavit complies with Iran's legal standards, and custom. Her affidavit has been translated by an official translator, and it has been signed and notarized. Mrs. Abdi used her maiden name Nasrin Sadeghi in her affidavit.