

October 26, 2016


<u>**VIA ELECTRONIC MAIL**</u>
Clerk, United States District Court
Eastern District of Texas
101 East Pecan Street Room 216
Sherman, Texas 75090

Re:  Shahram Shakouri v. Lorie Davis, Director
     Civil Action No. 4:15cv447

Dear Clerk:

 Attached please find State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,


 /s/ Thomas M. Jones
THOMAS M. JONES
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

TMJ/aeh
Enclosures