# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SHAHRAM SHAKOURI, | ) | CIVIL ACTION NO. |
| | ) | |
| Petitioner, | ) | 4:15-CV-00447-ALM-KPG |
| | ) | |
| v. | ) | |
| | ) | |
| LORIE DAVIS, Director | ) | |
| Texas Department of Criminal | ) | |
| Justice, Institutional Division | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## RENEWED REQUEST FOR EVIDENTIARY HEARING

Petitioner, Shahram Shakouri, hereby renews his request for an evidentiary hearing. *See Perillo v. Johnson*, 79 F.3d 441 (5th Cir. 1996). Mr. Shakouri notes that the State Court Findings of Fact and Conclusions of Law were entered without an evidentiary hearing and by a judge different than the one who presided at Mr. Shakouri's trial.

Respectfully submitted,


/s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)
clint@texascrimlaw.com

Attorney for Petitioner
Shahram Shakouri

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, certify that on February 22, 2017, I caused a copy of the above document to be served by all parties via electronic filing.

 /s/ F. Clinton Broden
F. Clinton Broden