August 9, 2019

U.S. District Court
Eastern District of Texas
Sherman Division
101 E. Pecan Street, Rm 216
Sherman, Texas 75090

Re: Civil Action NO. 4:15-CV-447

Dear Clerk:

Enclosed please find Petitioner's notice of appeal in the above-referenced case. Please inform the Honorable Court that the filing fee will be mailed separately. Also, please ensure that the entire record will be sent to the Court of Appeals for the Fifth Circuit.

Respectfully,

Shahram Shakouri
Petitioner Pro Se
1525 F.M. 766
Cuero, Texas 77954